# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> c/o United States Attorney's Office <br> Judiciary Center Building <br> 555 4th Street, N.W. <br> Washington, D.C. 20530, <br><br> **Plaintiff,** <br><br> v. <br><br> **$178,519.69 IN UNITED STATES CURRENCY,** <br><br> **Defendant.** | : <br> : <br> : <br> : <br> : Civil Action No. <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by and through its attorney, the United States Attorney for the District of Columbia, brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions:

## NATURE OF THE ACTION

1. This is a civil action, *in rem*, brought to enforce 31 U.S.C. § 5317(c)(2) to forfeit and condemn for the use and benefit of the United States of America the following property: $178,519.69 in United States currency, for violation of 31 U.S.C. § 5324(a)(1) (Cause or Attempt to Cause Domestic Financial Institution to Fail to File a Currency Transaction Report) and 31 U.S.C. § 5324(a)(3) (Structuring).

## THE DEFENDANT IN REM

2. The defendant property is more fully described as:

**one hundred seventy-eight thousand five hundred nineteen dollars and sixty-nine cents ($178,519.69) in United States currency seized on April 2, 2008 from Bank of America account # xxxxxxxx1529, held in the name of ACE Imports**.

3. The defendant property is under the custody and control of the United States Internal Revenue Service ("IRS").

4. Administrative forfeiture proceedings were commenced against the defendant property by the Internal Revenue Service's Baltimore Field Office. During those proceedings, Jeffrey Ogunbiyi and ACE Imports filed an administrative claim asserting an interest in the defendant currency and requesting an opportunity to challenge its forfeiture here.

## JURISDICTION AND VENUE

5. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, 18 U.S.C. § 984, 31 U.S.C. § 5317(c)(2), and over an action for forfeiture under 28 U.S.C. § 1355(a).

6. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this Complaint, plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

7. Venue is proper in this district by virtue of 28 U.S.C. § 1355(b)(1)(A) and § 1395(a), because the acts or omissions giving rise to the forfeiture occurred in this district and the defendant property is located with the IRS in the District of Columbia.

**BASIS FOR FORFEITURE**

8.  Title 31 U.S.C. § 5313 and 31 C.F.R. Part 103 of the Bank Secrecy Act require that any financial institution engaged with a customer in a currency transaction (i.e., a deposit or withdrawal) in excess of $10,000 must report the transaction to the IRS on FinCEN (Financial Crimes Enforcement Network) Form 104, Currency Transaction Report (CTR). Title 31 U.S.C. § 5324 prohibits any person from structuring any transaction for the purpose of evading the reporting requirements of a domestic financial institution.

9.  ACE Imports is the trade name for EMO LLC, a used car sales business located at 1715 Bladensburg Road, NE, Washington, D.C.  EMO LLC was organized in the District of Columbia on July 20, 2004.  The Articles of Organization state that the organizers of the limited liability company, Jeffrey O. Ogunbiyi, James E. Johnson, and Michael M. Awodiya, will operate a used car business.  On August 5, 2004, a Certification of Registration was issued to EMO LLC for the trade name ACE Imports.

10.  Jeffrey O. Ogunbiyi is the sole authorized signatory on Bank of America ("BOA") account # xxxxxxxx1529, held in the name of ACE Imports.

11.  From April 2, 2007 through October 30, 2007, a review of BOA account # xxxxxxxx1529 revealed that there were approximately 74 cash deposits, all under $10,000, totaling $527,105, and that no single currency deposit ever exceeded $10,000 which would trigger the filing of a CTR.  The total amount of funds deposited into BOA account # xxxxxxxx1529 between April 2, 2007 through October 30, 2007 was approximately $2,838,967.

12.  There were six days between April 2, 2007 through October 30, 2007, in which two

separate deposits under $10,000 were made in a single day into BOA account # xxxxxxxx1529, totaling $83,810.  For example, on August 13, 2007, a deposit in the amount of $9,840 was made at 11:50 a.m. at the BOA branch located at 722 H Street, NE, Washington, D.C.  A second deposit in the amount of $9,000 was made at 1:19 p.m. at the same branch.

13.  The following is a chart of same day cash deposits between April 2, 2007 and October 30, 2007 into BOA account # xxxxxxxx1529.

| Day | Date | Time | Cash Deposit | Day Total | Branch |
| --- | --- | --- | --- | --- | --- |
| Monday | 4/2/07 | 12:22 pm | $7,500 | | Bowie Town |
| Monday | 4/2/07 | unknown | $2,000 | $9,500 | unknown |
| Tuesday | 5/29/07 | 3:35 pm | $9,260 | | 722 H St.NE |
| Tuesday | 5/29/07 | unknown | $6,000 | $15,260 | Bowie |
| Monday | 7/2/07 | 11:52 am | $7,000 | | Bowie |
| Monday | 7/2/07 | 3:01 pm | $4,000 | $11,000 | 722 H St.NE |
| Monday | 8/6/07 | 10:58 am | $6,990 | | 722 H St. NE |
| Monday | 8/6/07 | 2:47 pm | $4,500 | $11,490 | 722 H St NE |
| Monday | 8/13/07 | 11:50 am | $9,840 | | 722 H St NE |
| Monday | 8/13/07 | 1:19 pm | $9,000 | $18,840 | 722 H St. NE |
| Monday | 9/10/07 | 12:09 pm | $9,720 | | Bowie |
| Monday | 9/10/07 | 12:13 pm | $8,000 | $17,720 | 722 H St. NE |

14.  Of the 74 cash deposits, there were 15 occasions on which cash deposits of amounts under the $10,000 threshold were made on consecutive days.  For example, on May 7, 2007, at 1:39 p.m. $9,350 in cash was deposited into BOA account # xxxxxxxx1529.  On the next day, May 8, 2007, $9,000 in cash was deposited into the account.

15.  The following is a chart of consecutive day cash deposits between April 2, 2007 and

October 30, 2007 into BOA account # xxxxxxxx1529; the total amount of those deposits was $199,090. The two April 2, 2007 deposits totaling $9,500, the two August 6, 2007 deposits totaling $11,490, and the two August 13, 2007 deposits totaling $18,840 were not included in this figure because they were accounted for in the same day total figure above in paragraph 13.

| Day | Date | Time | Amount | Branch |
| --- | --- | --- | --- | --- |
| Monday | 4/2/07 | 12:22 pm, unk. | $7,500, $2,000 | Bowie, unk. |
| Tuesday | 4/3/07 | 2:53 pm | $8,000 | Port Towns |
| Tuesday | 4/10/07 | 4:39 pm | $6,000 | 722 H St NE |
| Wednesday | 4/11/07 | 3:10 pm | $7,950 | 722 H St NE |
| Thursday | 4/12/07 | 4:04 pm | $9,600 | 722 H St NE |
| Friday | 4/13/07 | 3:51 pm | $9,600 | 722 H St NE |
| Monday | 5/7/07 | 1:39 pm | $9,350 | 722 H St NE |
| Tuesday | 5/8/07 | 2:40 pm | $9,000 | Bowie Town |
| Monday | 5/21/07 | unknown | $9,000 | Bowie Town |
| Tuesday | 5/22/07 | 12:48 pm | $9,800 | 722 H St NE |
| Thursday | 5/24/07 | 4:28 pm | $9,800 | 722 H St NE |
| Friday | 5/25/07 | unknown | $9,200 | Bowie Town |
| Thursday | 5/31/07 | 4:21 pm | $9,800 | 722 H St NE |
| Friday | 6/1/07 | 1:24 pm | $9,750 | 722 H St NE |
| Wednesday | 7/18/07 | 4:10 pm | $4,200 | 722 H St NE |
| Thursday | 7/19/07 | 4:08 pm | $7,000 | 722 H St NE |
| Friday | 7/20/07 | 3:53 pm | $8,000 | 722 H St NE |
| Monday | 7/23/07 | 12:32 pm | $9,000 | 722 H St NE |
| Tuesday | 7/24/07 | 12:55 pm | $9,000 | 722 H St NE |
| Monday | 8/6/07 | 10:58 am | $6,990 | 722 H St NE |
| Monday | 8/6/07 | 2:47 pm | $4,500 | 722 H St NE |

| Tuesday | 8/7/07 | 11:31 am | $4,300 | 722 H St NE |
| --- | --- | --- | --- | --- |
| Wednesday | 8/8/07 | 2:53 pm | $5,800 | 722 H St NE |
| Monday | 8/13/07 | 11:50 am | $9,840 | 722 H St NE |
| Monday | 8/13/07 | 1:19 pm | $9,000 | 722 H St NE |
| Tuesday | 8/14/07 | 1:35 pm | $9,790 | 722 H St NE |
| Tuesday | 9/4/07 | unk. | $4,000 | Bowie |
| Wednesday | 9/5/07 | 4:21 pm | $6,000 | 722 H St NE |
| Monday | 10/1/07 | unk. | $6,150 | 722 H St NE |
| Tuesday | 10/2/07 | 3:08 pm | $9,000 | 722 H St NE |

16. Bank records reveal that on or about August 25, 2004, a representative of BOA sent a letter to ACE Imports, addressed to Jeffrey O. Ogunbiyi, because of the BOA's "recent review of your account reveals that you might be 'structuring' your transactions in order to avoid this reporting requirement." The letter notified Jeffrey O. Ogunbiyi in part that:

> As you know, federal law requires that the Bank file a Currency Transaction Report for all cash transactions over $10,000. It also prohibits multiple transactions of lesser amounts for the purpose of avoiding this reporting requirement; this is called "structuring"...

17. There is reasonable cause to believe that cash sums of more than $10,000 were broken into smaller cash deposits to evade reporting requirements. The fact that on over twenty occasions the cash deposits were made either on the same or consecutive days in amounts under $10,000.00 individually, but totaling more than $10,000.00 when aggregated, further supports the conclusion that the cash transactions were structured to evade reporting requirements.

18. Title 18 U.S.C. § 984, allows the United States to seize for civil forfeiture identical property found in the same place where the "guilty" property had been kept. Under 18 U.S.C. § 984(b), therefore, the monies seized from account # xxxxxxxx1529 need not have been the

particular monies involved in structuring, so long as the funds that were structured were on deposit in that same account within one year of the seizure.  In this instance, the first structured deposit relating to the seizure took place on April 2, 2007.

19.   From April 2, 2007 through October 30, 2007, $527,105 in cash deposits were structured into BOA account # xxxxxxxx1529.  The United States seized $178,519.69 from BOA account # xxxxxxxx1529.

20.   By reason of the foregoing, the defendant money constitutes property involved in transactions or attempted transactions conducted in violation of 31 U.S.C. § 5324(a), or constitutes property traceable to such property, or constitutes property fungible with such property, and is therefore forfeitable to the United States pursuant to 31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984.

21.   ACE Imports qualifies as a domestic "financial institution" under 31 U.S.C. § 5312(a)(2)(T), and has reporting requirements under 31 U.S.C. § 5313 similar to a bank when involved in any cash transaction over $10,000.  A trade or business, is required pursuant to 31 U.S.C. § 5331(a), to file a report to the IRS on FinCen Form 8300 for any transaction of $10,000 or more in cash.

## COUNT I

22.   All statements and averments made in paragraphs 1-21 are re-alleged and incorporated herein by reference.

23.   The defendant currency constitutes property involved in a transaction or attempted transaction in violation of 31 U.S.C. § 5324 and/or is property traceable to such property.

24.   As such, the defendant property is subject to condemnation and forfeiture to the

United States for its use, in accordance with the provisions of 31 U.S.C. § 5317(c)(2).

**WHEREFORE**, the United States of America prays that, as to the defendant funds, process of warrant issue for the arrest of those funds; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring that the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursement of this action.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR D.C. Bar No. 498610
UNITED STATES ATTORNEY


_/s/_____
WILLIAM R. COWDEN D.C. Bar No. 426301
Assistant United States Attorney


_/s/_____
DIANE G. LUCAS D.C. Bar No. 443610
Assistant United States Attorney
555 4th Street, N.W., Room 4822
Washington, D.C. 20530
(202) 514-7912
Diane.Lucas@usdoj.gov

## **VERIFICATION**

I, Diane Eickman, Criminal Investigator with the United States Attorney's Office, hereby verify and declare under penalty of perjury that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the factual representations contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

Executed on this 14th day of July, 2008.

/s/ Diane Eickman
Diane Eickman
Criminal Investigator
United States Attorney's Office

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS<br><br>United States of America, U.S. Attorney's Office<br><br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS   $178, 519.69 in United States Currency<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Diane Lucas   (202) 514-7912<br>Assistant U.S. Attorney<br>55 4th Street, N.W., Room 4822<br>Washington, DC 20530 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. *Antitrust*<br><br>☐ 410 Antitrust | ☐ B. *Personal Injury/ Malpractice*<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ C. *Administrative Agency Review*<br>☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | ☐ D. *Temporary Restraining Order/Preliminary Injunction*<br><br>Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |
|---|---|---|---|

| ☒ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil* |
|---|

| Real Property<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Bankruptcy<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | Forfeiture/Penalty<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☒ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |
|---|---|---|---|

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
(1) 31 U.S.C. § 5324(a)(1) Cause or Attempt to Cause Domestic Financial Institution to Fail to File a Currency Transaction Report
(2) 31 U.S.C. § 5324(a)(3) Structuring

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7/16/2008   SIGNATURE OF ATTORNEY OF RECORD   *Diane Lucas, Asstistant U.S. Attorney*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.